1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BASILIO MONTES-SOLORIO

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:09-cr-0329 AWI
                                    )
12              Plaintiff,          )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE; ORDER
13         v.                       )
                                    )   Date:  May 10, 2010
14 BASILIO MONTES-SOLORIO,          )   Time:  9:00 a.m.
                                    )   Judge: Hon. Anthony W. Ishii
15              Defendant.          )
                                    )
16 _____  )

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the status conference in the above-captioned matter now set for April 26, 2010, **may be**

20 **continued to May 10, 2010, at 9:00 a.m.**

21         This reason for the continuance is because defense counsel has found some cross-over between this

22 Mr. Montes and his son of the same name.  We are seeking additional records to try to determine whether

23 all the cases attributed to him are his. This continuance will conserve time and resources for both parties

24 and the court.

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 22, 2010    By:    /s/ *Ian Garriques*
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 22, 2010    By:    /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Basilio Montes-Solorio


**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

IT IS SO ORDERED.

**Dated:    April 22, 2010**            /s/ *Anthony W. Ishii*
CHIEF UNITED STATES DISTRICT JUDGE